UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY ELLEN TOOHEY,                                    Case No. 15-CV-8098 (GBD)
individually and on behalf of all other similarly
situated,

                                                     **NOTICE OF MOTION**

                        Plaintiff,

        -against-


PORTFOLIO RECOVERY ASSOCIATES, LLC,
PRA GROUP, INC., MALEN & ASSOCIATES, P.C.

                        Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Brett A. Scher, dated

December 23, 2015, the exhibits attached thereto, the accompanying Memorandum of Law and

upon all the pleadings and proceedings had herein, Defendant Malen & Associates, P.C. (the

"Malen Firm") will move this Court, before the Honorable George B. Daniels, at the United

States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY

10007, for an Order, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing Plaintiff Mary Ellen Toohey's Complaint as against the Malen Firm, with

prejudice, and granting such other and further relief as the Court deems just and proper.

Dated:   Woodbury, New York
          December 23, 2015              **KAUFMAN DOLOWICH & VOLUCK, LLP**

                By:    _____
                        Brett A. Scher, Esq.
                        Adam M. Marshall, Esq.
                        *Attorneys for Defendant*
                        *Malen & Associates, P.C.*
                        135 Crossway Park Drive, Suite 201
                        Woodbury, New York 11797
                        (516) 681-1100
                        bscher@kdvlaw.com
                        amarshall@kdvlaw.com

To:  All Counsel of Record via ECF

                                                                      4838-9307-4732, v.  1