# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

January 13, 2016

<u>FILED ELECTRONICALLY VIA ECF</u>

The Honorable George B. Daniels
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

   Re: <u>Toohey, et al. v. Portfolio Recovery Associates, LLC, et al.</u> No. 15-cv-8098 (GBD)

Dear Judge Daniels:

  I write as counsel to Defendants Portfolio Recovery Associates, LLC and PRA Group, Inc. ("PRA") in the above-referenced matter to request a one-week adjournment of the initial pretrial conference in this action, which is currently scheduled to be held before Your Honor on January 21, 2016 (Dkt. 16). I will be traveling to Los Angeles on firm business on January 21, so I respectfully request that the initial pretrial conference be briefly adjourned until January 28, 2016 at 10:00 am, so that I may participate in the conference. We have consulted with counsel for Plaintiff and for Defendant Malen & Associates, P.C., and they consent to this request. There have been no prior requests for such an adjournment.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: <u>s/ Randy M. Mastro</u>

Randy M. Mastro


Randy M. Mastro
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Facsimile: 212-351-4035
Email: RMastro@gibsondunn.com


*Attorneys for Defendants Portfolio Recovery Associates, LLC and PRA Group, Inc.*

GIBSON DUNN

cc:

Gregory A. Frank
FRANK LLP
275 Madison Avenue, Suite 705
New York, NY 10016
(212) 682-1892

*Attorneys for Plaintiff Mary Ellen Toohey, individually and on behalf of all others similarly situated*

Brett A. Scher
Adam M. Marshall
Kaufman Dolowich & Voluck LLP
135 Crossway Park Drive – Suite 201
Woodbury, New York 11797
(516) 681-1100

*Attorneys for Defendant Malen & Associates, P.C.*