UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MARY ELLEN TOOHEY, *individually and on behalf of all others similarly situated*,

                     Plaintiffs,

    v.

PORTFOLIO RECOVER ASSOCIATES, LLC,
PRA GROUP, INC., MALEN & ASSOCIATES,
P.C.,

                     Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 20 2016

ORDER

15-cv-08098 (GBD)

GEORGE B. DANIELS, District Judge:

    The conference scheduled for January 21, 2016, is adjourned until February 4, 2016 at 9:30 AM.

Dated: January 19, 2016
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge