**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Adam M. Marshall, Esq.
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 22 2016

January 21, 2016

**SO ORDERED:**

*George B. Daniels*
**George B. Daniels, U.S.D.J.**

Dated: JAN 22 2016

**Via ECF & Facsimile**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007
Fax: (212) 805-6737

*Re:* **Mary Ellen Toohey v. Portfolio Recovery Associates, LLC, et al.**
**Case No. 15-CV-8098 (GBD)**
**Request to Modify Briefing Schedule for Defendants' Motions to Dismiss**

Dear Judge Daniels:

This firm represents defendant Malen & Associates, P.C. (the "Malen Firm") in the above matter. We write on behalf of all Defendants, and with the consent of Plaintiff's counsel, to request that this Court modify the briefing schedule for Defendants' respective motions to dismiss (Docket Nos. 20 & 25) so as to allow Defendants to file their reply papers on February 3, 2016. Under the current briefing schedule (Docket No. 32), replies are due by January 27, 2016.

The parties had previously discussed and agreed to a two-week period, rather than a one-week period, for the submission of replies when Defendants agreed to extend Plaintiff's time to respond to Defendants' motions to dismiss. The inclusion of the January 27, 2016 date, rather than the February 3, 2016 date, in the proposed Civil Case Management Plan was an oversight.

We thank the Court for its consideration.

Very truly yours,

Kaufman Dolowich & Voluck, LLP

By: _____
Adam M. Marshall

cc: All Counsel of Record via ECF

4840-5079-6845, v. 1

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago