UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MARY ELLEN TOOHEY,                    :
individually and on behalf of all others similarly :
situated,                             :
                                      :
                Plaintiff,  :  No. 15-CV-08098 (GBD)
                                      :
    -against-                       :
                                      :
PORTFOLIO RECOVERY ASSOCIATES, LLC,   :
PRA GROUP, INC., MALEN & ASSOCIATES, P.C. :
                                      :
                Defendants.  :
------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for Defendants Portfolio Recovery Associates, LLC and PRA Group, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants Portfolio Recovery Associates, LLC and PRA Group, Inc. The undersigned is admitted to practice in this Court.

Dated: New York, New York
       February 3, 2016

                                        Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                 By: _____
                                  Georgia K. Winston

                                        200 Park Avenue
                                        New York, New York 10166-0193
                                        Telephone: (212) 351-4000
                                        Facsimile: (212) 351-4035
                                        gwinston@gibsondunn.com

                                        *Attorney for Defendants Portfolio Recovery*
                                        *Associates, LLC and PRA Group, Inc.*