UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY ELLEN TOOHEY, SHERRY CAMPBELL, SCYNETTE COOK, JULIA GREENWOOD, IRENE LOFTIN, ELAINE SHERRY, and HOWARD ZUBIN, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>       v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, PRA GROUP, INC., MALEN & ASSOCIATES, P.C.<br><br>                          Defendants. | Index No.: 1:15-cv-08098-GBD |

**NOTICE OF MOTION
FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law annexed hereto; the Declaration of Gregory A. Frank in support of the instant motion ("Frank Declaration"), which is being filed simultaneously herewith; the exhibits annexed to the Frank Declaration; and all prior pleadings, Plaintiffs, through the undersigned counsel, move this Court at the United States Courthouse, of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order:

1. Granting preliminary approval of the parties' Settlement Agreement, annexed as Exhibit A to the Frank Declaration, as fair, reasonable, adequate, and in the best interests of the Settlement Class defined therein (including with regard to, among other provisions, relief to the

Class, awards to the Named Plaintiffs as class representatives, and payment of attorney's fees and costs);

2. Approving the proposed Notice Form, annexed as Exhibit B to the Frank Declaration, and authorizing distribution thereof;

3. Approving KCC LLC as Administrator;

4. Setting a date for a fairness hearing, at least ninety (90) days from the date of the order preliminarily approving the Settlement Agreement, so as to consider final approval of the Settlement Agreement pursuant to Rule 23; and

5. Granting such other and further relief (a) as requested in the Memorandum of Law or in the Frank Declaration or the exhibits thereto, and/or (b) as may be just and proper.

Dated: New York, New York
December 2, 2019

Respectfully submitted,

**FRANK LLP**

By:   /s/ Gregory A. Frank
Gregory A. Frank (GF0531)
Marvin L. Frank (MF1436)
Asher Hawkins (AH2333)
370 Lexington Ave., Suite 1706
New York, New York 10017
Tel: (212) 682-1853
Fax: (212) 682-1892
gfrank@frankllp.com
mfrank@frankllp.com
ahawkins@frankllp.com

*Counsel for Plaintiffs and the Class*