UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARY ELLEN TOOHEY, individually and on behalf of all others similarly situated; SHERRY CAMPBELL, individually and on behalf of all others similarly situated; IRENE LOFTIN, individually and on behalf of all others similarly situated; ELAINE SHERRY, individually and on behalf of all others similarly situated; SCYNETTE COOK, individually and on behalf of all others similarly situated; JULIA GREENWOOD, individually and on behalf of all others similarly situated; HOWARD ZUBIN, individually and on behalf of all others similarly situated,

                 Plaintiffs,

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC; MALEN & ASSOCIATES, P.C.,

                 Defendants.

------------------------------------- x

ORDER

15 Civ. 8098 (GBD) (SDA)

GEORGE B. DANIELS, District Judge:

A preliminary fairness hearing is scheduled for March 5, 2020 at 10:30 a.m.

Dated: December 5, 2019
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE